JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>SANTA FE EXPRESS HAND CAR WASH, INC; DO JOON LEE, AS TRUSTEE OF THE DO JOON LEE AND RIE JA LEE REVOCABLE LIVING TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 8:25-cv-00422-KES**<br>Assigned to Hon. Karen E. Scott<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

///

///

///

Based on the request for dismissal without prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without Prejudice.

SO ORDERED.

DATED: 12/9/2025

*Karen E. Scott*
Karen E. Scott,
United States Magistrate Judge